UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JENNIFER KAY LONGACRE,

        Defendant.

_____/

**INDICTMENT**

The Grand Jury charges:

<u>Possession with Intent to Distribute Methamphetamine</u>

On or about August 3, 2021, in Marquette County, in the Western District of Michigan, Northern Division, Defendant,

**JENNIFER KAY LONGACRE,**

knowingly and intentionally possessed with intent to distribute methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

        A TRUE BILL

        _____
        GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____ AUSA for
THEODORE J. GREELEY
Assistant United States Attorney